DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL W. MERRITT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1413

[August 16, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan L. Vaughn, Judge; L.T. Case No. 56-1979-CF-000728-A.

Paul W. Merritt, Indiantown, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***